# Exhibit 5

**Exhibit 5: U.S. Patent No. 8,806,197**

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| **1[pre]** A method of generating a digital signature of a message, the method comprising: | To the extent the preamble of claim 1 is limiting, Crypto.com, through the Accused Instrumentalities, performed a method of generating a digital signature of a message comprising the steps of claim 1. *See* claim 1[a]-1[c], *infra*; *see also*, *e.g.*:<br><br>For example, the Accused Instrumentalities (see Appendix below) generated a digital signature of a message when spending, transferring, or sending Bitcoin[1] on the Bitcoin network according to the Bitcoin protocol. *See*, *e.g.*:<br><br>For example, "Crypto.com was founded in 2016 and is the preferred crypto trading platform for over 100 million users worldwide." Crypto.com is committed to accelerating the adoption of cryptocurrency through their vision: "Cryptocurrency in Every Wallet™" See, *e.g.*, https://www.linkedin.com/company/cryptocom/[2] Crypto.com is "worlds premier crypto exchange" "trusted by 150+ million user globally." See, e.g., https://apps.apple.com/us/app/crypto-com-buy-btc-eth-cro/id1262148500 |

[1] Bitcoin transactions are exemplary of Crypto.com's infringing activities. Crypto.com also infringed the asserted claims by transferring other cryptocurrencies such as ETH, CRO, LTC, XRP, EOS, LINK, etc. (See, *e.g.*, https://crypto.com/us/crypto) and stablecoins such as USDT, USDC, TUSD, etc. (See, *e.g.*, https://crypto.com/us/price/tether).

[2] All URLs cited in this chart were last accessed on July 16, 2026, unless otherwise noted.

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | <br>See, *e.g.*, https://arkm.com/explorer/entity/crypto-com |

<table>
<tr><th>Claim No.</th><th>Exemplary Evidence of Infringement</th></tr>
<tr><td></td><td>


Source: https://arkm.com/explorer/entity/Crypto.com
</td></tr>
</table>

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| |  <br>Source: https://arkm.com/explorer/entity/crypto-com |

| Claim No. | Exemplary Evidence of Infringement |
| --- | --- |
| | <br>Source:<br>https://arkm.com/explorer/tx/60188b547d6efb58bcec6e01e25ed28bbd8dd48c3ad2608627643a4cc0397b02 |

<table>
<tr><th>Claim No.</th><th>Exemplary Evidence of Infringement</th></tr>
<tr><td></td><td>


Source: https://arkm.com/explorer/entity/crypto-com
</td></tr>
</table>

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | <br>Source: https://arkm.com/explorer/entity/crypto-com |

| Claim No. | Exemplary Evidence of Infringement |
| --- | --- |
| | TRANSACTION EXPLORER<br>NETWORK: ETHEREUM<br>TRANSACTION HASH: 0x9cf78984c1b9db371fa2c802c5d5bd7396d1c9303f429bab9abac879578c2ad2<br>STATUS: COMPLETED<br>BLOCK: #13569858<br>TIME: 4 years ago (07 Nov, 2021 14:21:15 UTC)<br>FROM: Crypto.com: Hot Wallet (0x626)<br>TO: Shiba Inu: Shiba Inu Token (SHIB) (0x95a)<br>Source: https://arkm.com/explorer/tx/0x9cf78984c1b9db371fa2c802c5d5bd7396d1c9303f429bab9abac879578c2ad2<br><br>The Cronos blockchain protocol is an open-source project based on:<br>• Ethermint, an open-source Cosmos application module that allows the portability of the Ethereum Virtual Machine (EVM), its go-ethereum client, and its solidity-based smart contracts to the Cosmos ecosystem.<br>• Cosmos SDK, the leading development framework to build interoperable sovereign blockchains.<br>Source: https://docs.cronos.com/getting-started/architecture |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | The Next Generation<br>**Public Blockchain**<br>Cronos POS Chain is a public, open-source and permissionless blockchain - a fully decentralized network with high speed and low fees, designed to be a public good that helps drive mass adoption of blockchain technology through use cases like Payments, DeFi and NFTs.<br>Get Started We Are Open Source<br>Source: https://cronos-pos.org/<br><br>At this stage, the following three digital key schemes for creating digital signatures are supported in Cosmos SDK. You can learn more at the Cosmos SDK website ↗.<br>• `secp256k1`, as implemented in the SDK's crypto/keys/secp256k1 package ↗<br>Source: https://docs.cronos-pos.org/cronos-pos-chain-protocol/chain-details/chain-id |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | **PubKey**<br><br>PubKey defines a secp256k1 public key Key is the compressed form of the pubkey. The first byte depends is a 0x02 byte if the y-coordinate is the lexicographically largest of the two associated with the x-coordinate. Otherwise the first byte is a 0x03. This prefix is followed with the x-coordinate.<br><br>Source: https://docs.cronos-pos.org/cronos-pos-chain-protocol/chain-details/protocol-documentation<br><br>**USDC Settlement from Visa**<br><br>Built on blockchain technology, USDC settlement from Visa helps Crypto.com eliminate the need to convert digital currencies into fiat currencies—opening up a whole new world of speed and cost savings.<br><br>Crypto.com can now simplify settlement and have increased flexibility in how they settle, including the potential to settle 24/7/365. The improved capital management resulting from USDC settlement has also helped Crypto.com realize a host of additional business benefits.<br><br>Source: https://usa.visa.com/content/dam/VCOM/regional/na/us/Solutions/documents/visa-crypto.com-usdc-case-study.pdf |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | “This settlement process is a leap forward for the payments industry, as it allows for faster and more reliable transactions that are backed by the blockchain and can be done anytime and from anywhere, without currency conversions.”<br>Kris Marszalek,<br>CEO<br>Crypto.com<br>Source: https://usa.visa.com/content/dam/VCOM/regional/na/us/Solutions/documents/visa-crypto.com-usdc-case-study.pdf |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | <br>Source: https://usa.visa.com/content/dam/VCOM/regional/na/us/Solutions/documents/visa-crypto.com-usdc-case-study.pdf<br><br><br>Source: https://zkevm.cronos.org/bridge/<br><br>For example, Crypto.com signed Bitcoin transactions and messages according to the Bitcoin protocol: |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | <br>Source: https://contenthub-static.crypto.com/wp_media/2022/06/20220506_cryptodotcom_2_Public_Distributed-Crypto-Custody.pdf<br>**Multisig transactions in Bitcoin are done using a pay-to-script-hash (P2SH) address (address starting with 3).** P2SH allows Bitcoin to have the function of custom contracts, including multisignature logic (with the OP_CHECKMULTISIG operation). In a multisig transaction, one address can have **n** number of associated private keys, with a threshold of **m** number of these keys in order to spend the funds. This is referred to as an m-of-n multisig.<br>Source: https://contenthub-static.crypto.com/wp_media/2022/06/20220506_cryptodotcom_2_Public_Distributed-Crypto-Custody.pdf |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | <br>Source: https://contenthub-static.crypto.com/wp_media/2022/06/20220506_cryptodotcom_2_Public_Distributed-Crypto-Custody.pdf<br><br>"**<u>Bitcoin signed messages have three parts, which are the Message, Address, and Signature</u>**. The message is the actual message text - all kinds of text is supported, but it is recommended to avoid using non-ASCII characters in the signature because they might be encoded in different character sets, preventing signature verification from succeeding.<br><br>The address is a legacy, nested segwit, or native segwit address. Message signing from legacy addresses was added by Satoshi himself and therefore does not have a BIP … **<u>The Signature</u>** |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | **is a base64-encoded ECDSA signature** that, when decoded, with fields described in the next section."<br><br>Source: https://en.bitcoin.it/wiki/Message_signing (emphasis added).<br><br>"Bitcoin is a decentralized digital currency that enables instant payments to anyone, anywhere in the world. Bitcoin uses peer-to-peer technology to operate with no central authority: transaction management and money issuance are carried out collectively by the network."<br><br>Source: Welcome to the Bitcoin Wiki, https://en.bitcoin.it/wiki/Main_Page.<br><br>The Accused Instrumentalities utilized a computer (*e.g.*, a digital wallet, a hot wallet, a cold wallet, a warm wallet, a hardware wallet, a hardware security module (HSM), or an embedded device) comprising one or more processors (*e.g.*, CPUs) to sign Bitcoin transactions. *See*, *e.g.*: |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | Bitcoin Core<br>menu<br>**About**<br>**About us**<br>Bitcoin Core is an open source project which maintains and releases Bitcoin client software called "Bitcoin Core".<br>It is a direct descendant of the original Bitcoin software client released by Satoshi Nakamoto after he published the famous Bitcoin whitepaper.<br>Bitcoin Core consists of both "full-node" software for fully validating the blockchain as well as a bitcoin wallet. The project also currently maintains related software such as the cryptography library libsecp256k1 and others located at GitHub.<br>Source: Bitcoin core, https://github.com/bitcoin/bitcoin<br><br>A Bitcoin **wallet** is a collection of private keys but may also refer to client software used to manage those keys and to make transactions on the Bitcoin network.<br><br>Source: https://en.bitcoin.it/wiki/Wallet<br><br>**Bitcoin Core**<br>The original Bitcoin client stores private key information in a file named **wallet.dat** following the so called "bitkeys" format.<br>The wallet.dat file contains your private keys, public keys, scripts (which correspond to addresses), key metadata (e.g. labels), and the transactions related to your wallet. If you have an HD wallet, it also includes the HD seed and the derivation paths for each private key. |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | Source: https://en.bitcoin.it/wiki/Wallet<br><br>**Connecting to a full node**<br><br>By default, most hardware wallets instruct the user to connect to the manufacturer's own web interface. The web page cannot steal the user's private keys but can spy on them or trick them into accept fake payments.<br><br>Hardware wallets only keep the private keys safe and create spending transactions; they cannot tell you if you have actually received coins and in what quantity. Bitcoin's security model also requires that full node wallets are used. If not, somebody could pay you with a transaction of something other than bitcoin. If bitcoin is digital gold then a full node wallet is your own personal goldsmith who checks that the incoming payments are actually real. Also the third-party wallet will see all your bitcoin addresses so this is very damaging to your privacy.<br><br>Source: https://en.bitcoin.it/wiki/Hardware_wallet<br><br>"Bitcoin is a decentralized digital currency that enables instant payments to anyone, anywhere in the world. Bitcoin uses **peer-to-peer technology** to operate with no central authority: transaction management and money issuance are carried out collectively by the network."<br><br>Source: Welcome to the Bitcoin Wiki, https://en.bitcoin.it/wiki/Main_Page. (Emphasis added)<br><br>**Algorithm for signing and verifying messages**<br><br>Below is a list of instructions for creating a BIP137-compliant message signing and verification algorithm.<br><br>It is not required, but you should strip trailing newlines from the message before signing it, because some clients cannot process messages that contain trailing newlines.<br><br>Below is a list of steps for signing and verifying a message, for each supported address type.<br><br>Source: https://en.bitcoin.it/wiki/Message_signing |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | **Message signing method**<br><br>It takes the following parameters:<br>• The private key (PrivateKey)<br>• The public key (PublicKey) (optional, if performance is desired)<br>• The address (Address)<br>• The message (Message)<br><br>**ECDSA signing, with P2WPKH-P2SH compressed addresses**<br>1. Compute *z = SHA256(Message)*<br>2. Generate a cryptographically secure random nonce *k* between *1* and *n-1*. This can be implemented by generating four 64-bit random unsigned integers. If the resulting integer is out of range (e.g. it's *0* or ≥ *n*), then discard the entire nonce and generate its entirety all over again. This is to avoid attacks on specific parts of the nonce.<br>3. Compute *(x,y) = G*k*<br>4. If *r mod n == 0* or *(x,y) == Inf*, go back to step 3.<br>5. Compute *s = modinv(k, n) * (z + r * PrivateKey) mod n*. If *s == 0*, go back to step 3.<br>6. Compute the header byte. If *r* < *p-n* and *is_even(y)*, set HeaderByte to 38. If *r* < *p-n* and *is_odd(y)*, set HeaderByte to 35. If *r* ≥ *p-n* and *is_even(y)*, set HeaderByte to 36. If *r* ≥ *p-n* and *is_odd(y)*, set HeaderByte to 37.<br>7. Compute *Signature=Base64Encode(HeaderByte* \|\| *r* \|\| *s)*<br><br>Source: https://en.bitcoin.it/wiki/Message_signing<br><br>Similarly, Crypto.com signed Ethereum transactions and messages on the Ethereum blockchain. |

<table>
<tr><th>Claim No.</th><th>Exemplary Evidence of Infringement</th></tr>
<tr><td></td><td>
In Ethereum, multisig wallets are developed by using smart contracts, in which complex logic is implemented. Gnosis Safe is a popular multisig wallet in Ethereum with over US$72 billion total value stored in its smart contract. Below are some notable representatives of Ethereum multisig wallets:
<table>
<tr><th>Multisig Wallet</th><th>Features</th><th>Total Value Stored</th></tr>
<tr><td>ConsenSys</td><td>- The smart contract is simple and cleanly written.<br>- Not regularly maintained; passed to Gnosis Safe for further development.</td><td>N/A</td></tr>
<tr><td>Gnosis Safe</td><td>- Based on the ConsenSys multisig wallet, with many improvements and continued active development.<br>- Users manage their own funds via multiple devices; no third parties.</td><td>US$72 billion</td></tr>
</table>
Source: https://contenthub-static.crypto.com/wp_media/2022/06/20220506_cryptodotcom_2_Public_Distributed-Crypto-Custody.pdf
</td></tr>
<tr><td>1[a] by operation of a cryptographic module comprising one or more processors, generating a digital signature comprising a first signature component and a</td><td>
Crypto.com, through the Accused Instrumentalities, by operation of a cryptographic module (e.g., a digital wallet, a hot wallet, a cold wallet, a warm wallet, a hardware wallet, a hardware security module (HSM), or an embedded device) comprising one or more processors (e.g., CPUs), generated a digital signature comprising a first signature component and a second signature component.<br><br>
For example, the Accused Instrumentalities generated a digital signature (e.g., an ECDSA signature) on a message M (e.g., a signed message, which may be hashed, a message containing or representing a Bitcoin transaction, etc.), wherein the signature included a first signature component r (e.g., an r-value) and a second signature component s (e.g., an s-value). See, e.g.:<br><br>
“Message signing is the action of signing a cryptographic message using a private key and its associated address, to prove that you have access to the address. These messages can be verified by wallets by checking the signature
</td></tr>
</table>

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| second signature component, | against the address to see if they correspond to each other. The result of message signing is often called a **signed message**." "The Signature is a base64-encoded ECDSA signature that, when decoded, with fields described in the next section."<br><br>3.3 Message signing method<br>3.3.1 ECDSA signing, with P2PKH uncompressed addresses<br>3.3.2 ECDSA signing, with P2PKH compressed addresses<br>3.3.3 ECDSA signing, with P2WPKH-P2SH compressed addresses<br>3.3.4 ECDSA signing, with P2WPKH compressed addresses<br><br>Source: https://en.bitcoin.it/wiki/Message_signing. |

| Claim No. | Exemplary Evidence of Infringement |
| --- | --- |
| | **Signing Algorithm**<br><br>The signing algorithm computes the signature pair `r` and `s` from $d_A$ and `z`.<br><br>• Obtain the group order `n` of the curve. For Secp256k1 this is `FFFFFFFF FFFFFFFF FFFFFFFF FFFFFFFE BAAEDCE6 AF48A03B BFD25E8C D0364141`.<br>• Generate a cryptographically secure random number `k` between `1` and `n-1`.<br><br>**Important:** Do not reuse `k` after a signature is made with it because there are flaws that enable an attacker to derive private keys from signed messages if they know the shared nonce `k` used in them.<br><br>• Compute `(x, y) = k*G`, where `G` is the generator point of the secp256k1 curve, which is `04 79BE667E F9DCBBAC 55A06295 CE870B07 029BFCDB 2DCE28D9 59F2815B 16F81798 483ADA77 26A3C465 5DA4FBFC 0E1108A8 FD17B448 A6855419 9C47D08F FB10D4B8` in uncompressed form, however the compressed form can also be used.<br>• Compute `r = x mod n`. If `r=0`, generate another random `k` and start over.<br>• Compute $s = k^{-1}(z + r*d_A) \bmod n$. If `s=0`, generate another random `k` and start over.<br><br>Source: https://en.bitcoin.it/wiki/Elliptic_Curve_Digital_Signature_Algorithm<br><br>Bitcoin transactions are broadcast to the network by the sender, and all peers trying to solve blocks collect the transaction records and add them to the block they are working to solve. Miners get incentive to include transactions in their blocks because of attached transaction fees.<br><br>Source: https://en.bitcoin.it/wiki/Block |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | A **transaction** is a transfer of Bitcoin value that is broadcast to the network and collected into blocks. A transaction typically references previous transaction outputs as new transaction inputs and dedicates all input Bitcoin values to new outputs. Transactions are not encrypted, so it is possible to browse and view every transaction ever collected into a block. Once transactions are buried under enough confirmations they can be considered irreversible.<br>Source: https://en.bitcoin.it/wiki/Transaction<br><br>As illustrated in the figure above, the data Bob signs includes the txid and output index of the previous transaction, the previous output's pubkey script, the pubkey script Bob creates which will let the next recipient spend this transaction's output, and the amount of satoshis to spend to the next recipient. In essence, the entire transaction is signed except for any signature scripts, which hold the full public keys and secp256k1 signatures.<br>Source: https://developer.bitcoin.org/devguide/transactions.html<br><br>**Message signing**<br><br>**Message signing** is the action of signing a cryptographic message using a private key and its associated address, to prove that you have access to the address. These messages can be verified by wallets by checking the signature against the address to see if they correspond to each other. The result of message signing is often called a **signed message**.<br>Source: https://en.bitcoin.it/wiki/Message_signing |

| Claim No. | Exemplary Evidence of Infringement |
| --- | --- |
| | The Signature is a base64-encoded ECDSA signature that, when decoded, with fields described in the next section.<br><br>3 Algorithm for signing and verifying messages<br>3.1 Definitions used in the algorithms<br>3.2 Constants<br>3.3 Message signing method<br>3.3.1 ECDSA signing, with P2PKH uncompressed addresses<br>3.3.2 ECDSA signing, with P2PKH compressed addresses<br>3.3.3 ECDSA signing, with P2WPKH-P2SH compressed addresses<br>3.3.4 ECDSA signing, with P2WPKH compressed addresses<br><br>**Algorithm for signing and verifying messages**<br><br>Below is a list of instructions for creating a BIP137-compliant message signing and verification algorithm.<br><br>It is not required, but you should strip trailing newlines from the message before signing it, because some clients cannot process messages that contain trailing newlines.<br><br>Below is a list of steps for signing and verifying a message, for each supported address type.<br><br>Source: https://en.bitcoin.it/wiki/Message_signing |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | **Elliptic Curve Digital Signature Algorithm** or **ECDSA** is a cryptographic algorithm used by Bitcoin to ensure that funds can only be spent by their rightful owners. It is dependent on the curve order and hash function used. For bitcoin these are Secp256k1 and `SHA256(SHA256())` respectively.<br><br>A few concepts related to ECDSA:<br><br>• private key: A secret number, known only to the person that generated it. A private key is essentially a randomly generated number. In Bitcoin, someone with the private key that corresponds to funds on the blockchain can spend the funds. In Bitcoin, a private key is a single unsigned 256 bit integer (32 bytes).<br>• public key: A number that corresponds to a private key, but does not need to be kept secret. A public key can be calculated from a private key, but not vice versa. A public key can be used to determine if a signature is genuine (in other words, produced with the proper key) without requiring the private key to be divulged. In Bitcoin, public keys are either compressed or uncompressed. Compressed public keys are 33 bytes, consisting of a prefix either 0x02 or 0x03, and a 256-bit integer called `x`. The older uncompressed keys are 65 bytes, consisting of constant prefix (0x04), followed by two 256-bit integers called `x` and `y` (2 * 32 bytes). The prefix of a compressed key allows for the `y` value to be derived from the `x` value.<br>• signature: A number that proves that a signing operation took place. A signature is mathematically generated from a hash of something to be signed, plus a private key. The signature itself is two numbers known as `r` and `s`. With the public key, a mathematical algorithm can be used on the signature to determine that it was originally produced from the hash and the private key, without needing to know the private key. Resulting signatures are either 73, 72, or 71 bytes long (with approximate probabilities of 25%, 50%, and 25%, respectively--although sizes even smaller than that are possible with exponentially decreasing probability).[1]<br><br>Source: https://en.bitcoin.it/wiki/Elliptic_Curve_Digital_Signature_Algorithm<br><br>For example, the Accused Instrumentalities generated a digital **signature** (*e.g.*, an ECDSA signature) on a **message M** (*e.g.*, a signed message, a message containing or representing a Bitcoin transaction, etc.), wherein the signature includes a **first signature component r (*e.g.*, the r-value)** and a **second signature component s (*e.g.*, the s-value)**. *See*, *e.g.*: |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | **Detailed specification of the message signature**<br><br>ECDSA signatures generate a 32-byte r-value and a 32-byte s-value (see Elliptic Curve Digital Signature Algorithm), which collectively represent the signature. Bitcoin signatures have the r and s values mentioned above, and a 1-byte header. Therefore, the size of a signature is 65 bytes.<br><br>The header is used to specify information about the signature. It can be thought of as a bitmask with each bit in this byte having a meaning. The serialization format of a Bitcoin signature is as follows:<br><br>(1 byte for header data)(32 bytes for r-value)(32 bytes for s-value)<br><br>**Message verification method**<br><br>It takes the following parameters:<br>• The message (Message)<br>• The address (Address)<br>• An ECDSA signature (Signature)<br><br>The Header byte in the signature shall dictate the verification algorithm that is used.<br><br>Upon verification success, you should display a status message similar to: "Genuine signed message from address <Address>".<br><br>Source: https://en.bitcoin.it/wiki/Message_signing.<br><br>"**Bitcoin signed messages have three parts, which are the Message, Address, and Signature**. The message is the actual message text - all kinds of text is supported, but it is recommended to avoid using non-ASCII characters in the signature because they might be encoded in different character sets, preventing signature verification from succeeding.<br><br>The address is a legacy, nested segwit, or native segwit address. Message signing from legacy addresses was added by Satoshi himself and therefore does not have a BIP. Message signing from segwit addresses has been added by BIP137 … **The Signature is a base64-encoded ECDSA signature** that, when decoded, with fields described in the next section."<br><br>Source: https://en.bitcoin.it/wiki/Message_signing. (Emphasis added) |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | "This document describes a signature format for **signing messages with Bitcoin private keys**.<br><br>The specification is intended to describe **the standard for signatures of messages that can be signed and verified** between different clients that exist in the field today."<br><br>Source: Bitcoin BIP137, https://github.com/bitcoin/bips/blob/master/bip-0137.mediawiki. (Emphasis added)<br><br>For example, file secp256k1_recovery.h in the Bitcoin core comprises secp256k1_ecdsa_recoverable_signature. File main_impl.h implements secp256k1_ecdsa_sign_recoverable(), invoking secp256k1_ecdsa_sign_inner().<br><br>`/** Opaque data structure that holds a parsed ECDSA signature,`<br>` *  supporting pubkey recovery.`<br>` *  ...`<br>` */`<br>`typedef struct secp256k1_ecdsa_recoverable_signature {`<br>`    unsigned char data[65];`<br>`} secp256k1_ecdsa_recoverable_signature;`<br>`...`<br>`/** Create a recoverable ECDSA signature.`<br>` *`<br>` *  Returns: 1: signature created`<br>` *           0: the nonce generation function failed, or the secret key was invalid.`<br>` *  Args:    ctx:       pointer to a context object (not secp256k1_context_static).`<br>` *  Out:     sig:       pointer to an array where the signature will be placed.`<br>` *  In:      msghash32: the 32-byte message hash being signed.`<br>` *           seckey:    pointer to a 32-byte secret key.`<br>` *           ...:       ...,`<br>` */`<br>`SECP256K1_API int secp256k1_ecdsa_sign_recoverable(`<br>`    ...,`<br>`) SECP256K1_ARG_NONNULL(1) SECP256K1_ARG_NONNULL(2) SECP256K1_ARG_NONNULL(3)`<br>`  SECP256K1_ARG_NONNULL(4);`<br><br>Source: bitcoin\src\secp256k1\include\secp256k1_recovery.h<br><br>`int secp256k1_ecdsa_sign_recoverable(const secp256k1_context* ctx,`<br>`  secp256k1_ecdsa_recoverable_signature *signature, const unsigned char *msghash32,`<br>`  const unsigned char *seckey, secp256k1_nonce_function noncefp, const void* noncedata`<br>`) {` |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | <pre>    ...<br>    ret = secp256k1_ecdsa_sign_inner(ctx, &r, &s, &recid, msghash32, seckey,<br>      noncefp, noncedata);<br>    secp256k1_ecdsa_recoverable_signature_save(signature, &r, &s, recid);<br>    return ret;<br>}<br>static int secp256k1_ecdsa_sign_inner(const secp256k1_context* ctx, secp256k1_scalar* r,<br>  secp256k1_scalar* s, int* recid, const unsigned char *msg32,<br>  const unsigned char *seckey, secp256k1_nonce_function noncefp, const void* noncedata<br>) {<br>    ...;<br>    while (1) {<br>      if (is_nonce_valid) {<br>            ret = secp256k1_ecdsa_sig_sign(&ctx->ecmult_gen_ctx, r, s,<br>              &sec, &msg, &non, recid);<br>            ...;<br>            if (ret) { break; }<br>            ...;</pre>Source: bitcoin/src/secp256k1/src/secp256k1.c<br><br>Similarly, in the Ethereum blockchain, file secp256k1_recovery.h contains struct secp256k1_ecdsa_recoverable_signature.<br><br><pre>/** Opaque data structure that holds a parsed ECDSA signature,<br> *  supporting pubkey recovery.<br> *  ...<br> */<br>typedef struct secp256k1_ecdsa_recoverable_signature {<br>    unsigned char data[65];<br>} secp256k1_ecdsa_recoverable_signature;<br>...<br>/** Create a recoverable ECDSA signature.<br> *<br> *  Returns: 1: signature created<br> *           0: the nonce generation function failed, or the secret key was invalid.<br> *  Args:    ctx:       pointer to a context object (not secp256k1_context_static).<br> *  Out:     sig:       pointer to an array where the signature will be placed.<br> *  In:      msghash32: the 32-byte message hash being signed.<br> *           seckey:    pointer to a 32-byte secret key.<br> *           ...:       ...,<br> */<br>SECP256K1_API int secp256k1_ecdsa_sign_recoverable(<br>    ...,</pre> |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | `) SECP256K1_ARG_NONNULL(1) SECP256K1_ARG_NONNULL(2) SECP256K1_ARG_NONNULL(3) SECP256K1_ARG_NONNULL(4);`<br><br>Source: https://github.com/ethereum/go-ethereum/blob/master/crypto/secp256k1/libsecp256k1/include/secp256k1_recovery.h<br><br>In the alternative, if this element was not met literally, then it was met under the doctrine of equivalents because signature verification operations performed by, for example, the functions identified above, *supra*, perform substantially the same function, in substantially the same way, to achieve substantially the same result. |
| **1[b]** said first signature component based on a first coordinate of an elliptic curve point representing an ephemeral public key; and | Crypto.com, through the Accused Instrumentalities, generated a digital signature wherein said first signature component is based on a first coordinate of an elliptic curve point representing an ephemeral public key.<br><br>For example, the Accused Instrumentalities generated a digital signature wherein the first signature component (e.g., r) is based on a first coordinate (e.g., x) of an elliptic curve point (*e.g.*, R = (x,y)) representing an ephemeral public key (*e.g.*, R or G*k). *See*, *e.g.*:<br><br>**Algorithm for signing and verifying messages**<br><br>Below is a list of instructions for creating a BIP137-compliant message signing and verification algorithm.<br><br>It is not required, but you should strip trailing newlines from the message before signing it, because some clients cannot process messages that contain trailing newlines.<br><br>Below is a list of steps for signing and verifying a message, for each supported address type.<br><br>Source: https://en.bitcoin.it/wiki/Message_signing |

| Claim No. | Exemplary Evidence of Infringement |
| --- | --- |
| | **Message signing method**<br><br>It takes the following parameters:<br><br>• The private key (PrivateKey)<br>• The public key (PublicKey) (optional, if performance is desired)<br>• The address (Address)<br>• The message (Message)<br><br>**ECDSA signing, with P2WPKH-P2SH compressed addresses**<br><br>1. Compute *z = SHA256(Message)*<br>2. Generate a cryptographically secure random nonce *k* between *1* and *n-1*. This can be implemented by generating four 64-bit random unsigned integers. If the resulting integer is out of range (e.g. it's *0* or ≥ *n*), then discard the entire nonce and generate its entirety all over again. This is to avoid attacks on specific parts of the nonce.<br>3. Compute *(x,y) = G*k*<br>4. If *r mod n == 0* or *(x,y) == Inf*, go back to step 3.<br>5. Compute *s = modinv(k, n) * (z + r * PrivateKey) mod n*. If *s == 0*, go back to step 3.<br>6. Compute the header byte. If *r < p-n* and *is_even(y)*, set HeaderByte to 38. If *r < p-n* and *is_odd(y)*, set HeaderByte to 35. If *r ≥ p-n* and *is_even(y)*, set HeaderByte to 36. If *r ≥ p-n* and *is_odd(y)*, set HeaderByte to 37.<br>7. Compute *Signature=Base64Encode(HeaderByte \|\| r \|\| s)*<br><br>Source: https://en.bitcoin.it/wiki/Message_signing<br><br>For example, file ecdsa_impl.h implements secp256k1_ecdsa_sig_sign() called from the code in the file secp256k1.c. *See*, *e.g.*:<br><br>`static int secp256k1_ecdsa_sig_sign(const secp256k1_ecmult_gen_context *ctx,`<br>`  secp256k1_scalar *sigr, secp256k1_scalar *sigs, const secp256k1_scalar *seckey,` |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | |

```
  const secp256k1_scalar *message, const secp256k1_scalar *nonce, int *recid
) {
    ...;
    secp256k1_ecmult_gen(ctx, &rp, nonce);
    secp256k1_ge_set_gej(&r, &rp);
    secp256k1_fe_normalize(&r.x);
    ...;
    secp256k1_fe_get_b32(b, &r.x);
    secp256k1_scalar_set_b32(sigr, b, &overflow);
    if (recid) {
        /* ... */
        *recid = (overflow << 1) | secp256k1_fe_is_odd(&r.y);
    }
    ...;
    secp256k1_scalar_cond_negate(sigs, high);
    if (recid) {
        *recid ^= high;
    }
    ...
}
```

Source: bitcoin/src/secp256k1/src/ecdsa_imlp.h

# Secp256k1

**secp256k1** refers to the parameters of the elliptic curve used in Bitcoin's public-key cryptography, and is defined in *Standards for Efficient Cryptography (SEC)* (Certicom Research, http://www.secg.org/sec2-v2.pdf). Currently Bitcoin uses secp256k1 with the ECDSA algorithm, though the same curve with the same public/private keys can be used in some other algorithms such as Schnorr.

Source: https://en.bitcoin.it/wiki/Secp256k1

| Claim No. | Exemplary Evidence of Infringement |
| --- | --- |



This is a graph of secp256k1's elliptic curve $y^2 = x^3 + 7$ over the real numbers. Note that because secp256k1 is actually defined over the field $Z_p$, its graph will in reality look like random scattered points, not anything like this.

Source: https://en.bitcoin.it/wiki/Secp256k1

For example, an **elliptic curve point** can be expressed in different coordinate systems, such as affine or Jacobian. *See*, *e.g.*:

```
/** A group element in affine coordinates on the secp256k1 curve,
 *  or occasionally on an isomorphic curve of the form y^2 = x^3 + 7*t^6.
 *  ...
 */
typedef struct {
    secp256k1_fe x;
    secp256k1_fe y;
    int infinity; /* whether this represents the point at infinity */
} secp256k1_ge;
...
```

| Claim No. | Exemplary Evidence of Infringement |
| --- | --- |
| | ```<br>/** A group element of the secp256k1 curve, in jacobian coordinates.<br> *  ...<br> */<br>typedef struct {<br>    secp256k1_fe x; /* actual X: x/z^2 */<br>    secp256k1_fe y; /* actual Y: y/z^3 */<br>    secp256k1_fe z;<br>    int infinity; /* whether this represents the point at infinity */<br>} secp256k1_gej;<br>```<br><br>Source: bitcoin/src/secp256k1/src/group.h<br><br>Similarly, in the Ethereum blockchain, file main_impl.h implements secp256k1_ecdsa_sign_recoverable(), invoking secp256k1_ecdsa_sign_inner().<br><br>```<br>int secp256k1_ecdsa_sign_recoverable(const secp256k1_context* ctx,<br>  secp256k1_ecdsa_recoverable_signature *signature, const unsigned char *msghash32,<br>  const unsigned char *seckey, secp256k1_nonce_function noncefp, const void* noncedata<br>) {<br>    ...<br>    ret = secp256k1_ecdsa_sign_inner(ctx, &r, &s, &recid, msghash32, seckey,<br>      noncefp, noncedata);<br>    secp256k1_ecdsa_recoverable_signature_save(signature, &r, &s, recid);<br>    return ret;<br>}<br>```<br><br>Source: https://github.com/ethereum/go-ethereum/blob/master/crypto/secp256k1/libsecp256k1/src/modules/recovery/main_impl.h<br><br>```<br>static int secp256k1_ecdsa_sign_inner(const secp256k1_context* ctx, secp256k1_scalar* r,<br>  secp256k1_scalar* s, int* recid, const unsigned char *msg32,<br>  const unsigned char *seckey, secp256k1_nonce_function noncefp, const void* noncedata<br>) {<br>    ...;<br>    while (1) {<br>      if (is_nonce_valid) {<br>            ret = secp256k1_ecdsa_sig_sign(&ctx->ecmult_gen_ctx, r, s,<br>              &sec, &msg, &non, recid);<br>            ...;<br>            if (ret) { break; }<br>            ...;<br>``` |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | }<br><br>Source: https://github.com/ethereum/go-ethereum/blob/master/crypto/secp256k1/libsecp256k1/src/secp256k1.c<br><br>In the alternative, if this element was not met literally, then it was met under the doctrine of equivalents because signature verification operations performed by, for example, the functions identified above, *supra*, perform substantially the same function, in substantially the same way, to achieve substantially the same result. |
| **1[c]** generating, for use with said digital signature, an indicator to identify which value of a plurality of values recoverable from said first signature component is said ephemeral public key. | Crypto.com, through the Accused Instrumentalities, generated, for use with said digital signature, an indicator to identify which value of a plurality of values recoverable from said first signature component is said ephemeral public key.<br><br>For example, the Accused Instrumentalities generated, for use with said digital signature (e.g., (r, s)), an indicator (e.g., recid) to identify which value of a plurality of values recoverable from said first signature component (e.g., r) is said ephemeral public key (e.g., G*k). *See* claim 1[pre], *supra*; *see also*, *e.g.*:<br><br>Algorithm for signing and verifying messages<br>Below is a list of instructions for creating a BIP137-compliant message signing and verification algorithm.<br>It is not required, but you should strip trailing newlines from the message before signing it, because some clients cannot process messages that contain trailing newlines.<br>Below is a list of steps for signing and verifying a message, for each supported address type.<br><br>Source: https://en.bitcoin.it/wiki/Message_signing<br><br>**Message signing method**<br>It takes the following parameters:<br>• The private key (PrivateKey)<br>• The public key (PublicKey) (optional, if performance is desired)<br>• The address (Address)<br>• The message (Message) |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | **ECDSA signing, with P2WPKH-P2SH compressed addresses**<br>1. Compute *z = SHA256(Message)*<br>2. Generate a cryptographically secure random nonce *k* between *1* and *n-1*. This can be implemented by generating four 64-bit random unsigned integers. If the resulting integer is out of range (e.g. it's *0* or ≥ *n*), then discard the entire nonce and generate its entirety all over again. This is to avoid attacks on specific parts of the nonce.<br>3. Compute *(x,y) = G*k*<br>4. If *r mod n == 0* or *(x,y) == Inf*, go back to step 3.<br>5. Compute *s = modinv(k, n) * (z + r * PrivateKey) mod n*. If *s == 0*, go back to step 3.<br>6. Compute the header byte. If *r* < *p-n* and *is_even(y)*, set HeaderByte to 38. If *r* < *p-n* and *is_odd(y)*, set HeaderByte to 35. If *r* ≥ *p-n* and *is_even(y)*, set HeaderByte to 36. If *r* ≥ *p-n* and *is_odd(y)*, set HeaderByte to 37.<br>7. Compute *Signature=Base64Encode(HeaderByte* \|\| *r* \|\| *s)*<br><br>Source: https://en.bitcoin.it/wiki/Message_signing |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | The header byte has a few components to it. First, it stores something known as the recID. This value is stored in the least significant 2 bits of the header, and uniquely identifies the correct signature for the signing public key. The lower bit represents the parity of the Y coordinate of the signature - even or odd - and the higher bit represents the correct r-value: 'r' or 'n+r'. For a rare subset of signatures which have r>=p-n, the only possible r-value will be 'r', thus the highest bit of the recID should be zero.<br><br>The following list demonstrates the correct signature corresponding to the value of recID:<br>• 0: even Y, r = r<br>• 1: odd Y, r = r<br>• 2: even Y, r = n+r<br>• 3: odd Y, r = n+r<br><br>Source: https://en.bitcoin.it/wiki/Message_signing<br><br>For example, function secp256k1_ecdsa_recoverable_signature_save() is called from file main_impl.h.<br><br>`static void`<br>`secp256k1_ecdsa_recoverable_signature_save(secp256k1_ecdsa_recoverable_signature* sig,`<br>`  const secp256k1_scalar* r, const secp256k1_scalar* s, int recid`<br>`) {`<br>`    if (sizeof(secp256k1_scalar) == 32) {`<br>`        memcpy(&sig->data[0], r, 32);`<br>`        memcpy(&sig->data[32], s, 32);`<br>`    } else {`<br>`        secp256k1_scalar_get_b32 (&sig->data[0], r);`<br>`        secp256k1_scalar_get_b32 (&sig->data[32], s);`<br>`    }`<br>`    sig->data[64] = recid;`<br>`}`<br>Source: bitcoin/src/secp256k1/src/modules/recovery/main_impl.h<br><br>Similarly, in the Ethereum blockchain, file ecdsa_impl.h implements secp256k1_ecdsa_sig_sign() called from the code in the file secp256k1.c. |

| Claim No. | Exemplary Evidence of Infringement |
| --- | --- |
| | <pre>static int secp256k1_ecdsa_sig_sign(const secp256k1_ecmult_gen_context *ctx,<br>  secp256k1_scalar *sigr, secp256k1_scalar *sigs, const secp256k1_scalar *seckey,<br>  const secp256k1_scalar *message, const secp256k1_scalar *nonce, int *recid<br>) {<br>    ...;<br>    secp256k1_ecmult_gen(ctx, &rp, nonce);<br>    secp256k1_ge_set_gej(&r, &rp);<br>    secp256k1_fe_normalize(&r.x);<br>    ...;<br>    secp256k1_fe_get_b32(b, &r.x);<br>    secp256k1_scalar_set_b32(sigr, b, &overflow);<br>    if (recid) {<br>        /* ... */<br>        *recid = (overflow << 1) | secp256k1_fe_is_odd(&r.y);<br>    }<br>    ...;<br>    secp256k1_scalar_cond_negate(sigs, high);<br>    if (recid) {<br>        *recid ^= high;<br>    }<br>    ...<br>}</pre>Source: https://github.com/ethereum/go-ethereum/blob/master/crypto/secp256k1/libsecp256k1/src/ecdsa_impl.h<br><br>In the alternative, if this element was not met literally, then it was met under the doctrine of equivalents because signature verification operations performed by, for example, the steps identified above, *supra*, perform substantially the same function, in substantially the same way, to achieve substantially the same result. |

## I. Appendix

| **Accused Instrumentalities** |
| --- |
| Crypto.com app, Crypto.com Exchange, Crypto.com on-chain wallet, Crypto.com stablecoin settlements, Crypto.com Cronos POS Chain, Crypto.com Cronos EVM, Crypto.com Cronos zkEVM Bridge. |
| Transferring cryptocurrencies and stablecoins over a blockchain network (e.g., ETH, CRO, LTC, XRP, EOS, LINK, USDT, USDC, TUSD, etc.). |
| Sending cryptocurrency and stablecoin messages and/or transactions (e.g., ETH, CRO, LTC, XRP, EOS, LINK, USDT, USDC, TUSD, etc.). |
| Signing cryptocurrency and stablecoin messages and/or transactions (e.g., ETH, CRO, LTC, XRP, EOS, LINK, USDT, USDC, TUSD, etc.). |
| Devices and software configured to sign or send cryptocurrency messages and/or transactions, including computers, mining machines, nodes, applications, programs, wallets, and their respective associated processors (*e.g.*, a digital wallet, a hot wallet, a cold wallet, a warm wallet, a hardware wallet, a hardware security module (HSM), or an embedded device). |
| Devices and software configured to send, transfer, transmit, or spend cryptocurrencies, including computers, mining machines, Bitcoin nodes, applications, programs, wallets, and their respective associated processors (*e.g.*, a digital wallet, a hot wallet, a cold wallet, a warm wallet, a hardware wallet, a hardware security module (HSM), or an embedded device). |