# Exhibit 6

**Exhibit 6: U.S. Patent No. 8,532,286**

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| **[1pre]** A method for performing, on a cryptographic apparatus, a Montgomery-style reduction in a cryptographic operation, the method comprising: | To the extent the preamble of claim 1 is limiting, the Crypto.com, through the Accused Instrumentalities, performs a method for performing, on a cryptographic apparatus, a Montgomery-style reduction in a cryptographic operation.<br><br>For example, the Accused Instrumentalities (see Appendix below) perform, on a cryptographic apparatus (*e.g.*, a processor (*e.g.*, CPU), a computer (*e.g.*, one or more nodes in a peer-to-peer network, miner, wallet hardware device, device operating wallet software, other computers, etc.), etc.), a Montgomery-style reduction in a cryptographic operation (*e.g.*, during the signing of a Bitcoin[1] transaction (*e.g.*, sale, transfer, transmission, sending, transmission, etc. of bitcoin, generating a digital signature in accordance with the Bitcoin protocol, etc.), or transmission or receipt of a Bitcoin communication). *See* claim 1[a]-1[c], *infra*; *see also*, *e.g.*:<br><br>For example, "Crypto.com was founded in 2016 and is the preferred crypto trading platform for over 100 million users worldwide." Crypto.com is committed to accelerating the adoption of cryptocurrency through their vision: "Cryptocurrency in Every Wallet™" See, *e.g.*, https://www.linkedin.com/company/cryptocom/[2]. Crypto.com is "worlds premier crypto exchange" "trusted by 150+ million user globally." See, e.g., https://apps.apple.com/us/app/crypto-com-buy-btc-eth-cro/id1262148500 |

[1] Bitcoin transactions are exemplary of Crypto.com's infringing activities. Crypto.com also infringed the asserted claims by transferring other cryptocurrencies such as ETH, CRO, LTC, XRP, EOS, LINK, etc. (See, *e.g.*, https://crypto.com/us/crypto) and stablecoins such as USDT, USDC, TUSD, etc. (See, *e.g.*, https://crypto.com/us/price/tether).

[2] All URLs cited in this chart were last accessed on July 16, 2026, unless otherwise noted.

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| |   See, *e.g.*, https://arkm.com/explorer/entity/crypto-com |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| |  <br>Source: https://arkm.com/explorer/entity/Crypto.com |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | <br>Hot Wallet Withdrawal<br>SUMMARY<br>This transaction represents a withdrawal from a Crypto.com Hot Wallet, distributing a total of 4.63K ($505.9M) BTC to various recipients. Specifically, 2.25K ($246.1M) BTC was sent to Trump Media (bc1qx), and 2.28K ($249.38M) BTC to Trump Media (bc1qc), both associated with Trump Media. Additionally, 95.14 ($10.41M) BTC was sent to Coinbase (38MfJ) Cluster 88af, a Coinbase address, and 0.00047 ($51.71) BTC to CoinsPaid (335xG) Cluster 0d29, a CoinsPaid address. The remaining 3.05 ($333.58K) BTC was returned as change to the Crypto.com: Hot Wallet (bc1q7).<br>Source: https://arkm.com/explorer/entity/crypto-com |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | TRANSACTION EXPLORER<br>NETWORK: BITCOIN<br>TRANSACTION HASH: 60188b547d6efb58bcec6e01e25ed28bbd8dd48c3ad2608627643a4cc0397b02<br>BLOCK: #916486<br>TIME: 9 months ago (26 Sep, 2025 16:45:37 UTC)<br>FROM: Crypto.com: Hot Wallet (bc1q7)<br>TO: Trump Media (bc1qc) (+10)<br>TOTAL VALUE 4628.29611342 BTC ($506.23M)<br>FEE 0.00014542 BTC ($15.91)<br>Source: https://arkm.com/explorer/tx/60188b547d6efb58bcec6e01e25ed28bbd8dd48c3ad2608627643a4cc0397b02 |

<table>
<tr><th>Claim No.</th><th>Exemplary Evidence of Infringement</th></tr>
<tr><td></td><td>


Source: https://arkm.com/explorer/entity/crypto-com
</td></tr>
</table>

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | <br>Source: https://arkm.com/explorer/entity/crypto-com |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | TRANSACTION EXPLORER<br>NETWORK: ETHEREUM<br>TRANSACTION HASH: 0x9cf78984c1b9db371fa2c802c5d5bd7396d1c9303f429bab9abac879578c2ad2<br>STATUS: COMPLETED<br>BLOCK: #13569858<br>TIME: 4 years ago (07 Nov, 2021 14:21:15 UTC)<br>FROM: Crypto.com: Hot Wallet (0x626)<br>TO: Shiba Inu: Shiba Inu Token (SHIB) (0x95a)<br>Source: https://arkm.com/explorer/tx/0x9cf78984c1b9db371fa2c802c5d5bd7396d1c9303f429bab9abac879578c2ad2<br><br>The Cronos blockchain protocol is an open-source project ↗ based on:<br>• Ethermint ↗, an open-source Cosmos application module that allows the portability of the Ethereum Virtual Machine (EVM), its go-ethereum client, and its solidity-based smart contracts to the Cosmos ecosystem.<br>• Cosmos SDK ↗, the leading development framework to build interoperable sovereign blockchains.<br>Source: https://docs.cronos.com/getting-started/architecture |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | The Next Generation **Public Blockchain**<br>Cronos POS Chain is a public, open-source and permissionless blockchain - a fully decentralized network with high speed and low fees, designed to be a public good that helps drive mass adoption of blockchain technology through use cases like Payments, DeFi and NFTs.<br>Get Started We Are Open Source<br>Source: https://cronos-pos.org/<br><br>At this stage, the following three digital key schemes for creating digital signatures are supported in Cosmos SDK. You can learn more at the Cosmos SDK website ↗.<br>• `secp256k1`, as implemented in the SDK's crypto/keys/secp256k1 package ↗<br>Source: https://docs.cronos-pos.org/cronos-pos-chain-protocol/chain-details/chain-id |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | **PubKey**<br><br>PubKey defines a secp256k1 public key Key is the compressed form of the pubkey. The first byte depends is a 0x02 byte if the y-coordinate is the lexicographically largest of the two associated with the x-coordinate. Otherwise the first byte is a 0x03. This prefix is followed with the x-coordinate.<br><br>Source: https://docs.cronos-pos.org/cronos-pos-chain-protocol/chain-details/protocol-documentation<br><br>**USDC Settlement from Visa**<br><br>Built on blockchain technology, USDC settlement from Visa helps Crypto.com eliminate the need to convert digital currencies into fiat currencies—opening up a whole new world of speed and cost savings.<br><br>Crypto.com can now simplify settlement and have increased flexibility in how they settle, including the potential to settle 24/7/365. The improved capital management resulting from USDC settlement has also helped Crypto.com realize a host of additional business benefits.<br><br>Source: https://usa.visa.com/content/dam/VCOM/regional/na/us/Solutions/documents/visa-crypto.com-usdc-case-study.pdf |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | "This settlement process is a leap forward for the payments industry, as it allows for faster and more reliable transactions that are backed by the blockchain and can be done anytime and from anywhere, without currency conversions."<br>Kris Marszalek,<br>CEO<br>Crypto.com<br>Source: https://usa.visa.com/content/dam/VCOM/regional/na/us/Solutions/documents/visa-crypto.com-usdc-case-study.pdf |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| |  <br>Source: https://usa.visa.com/content/dam/VCOM/regional/na/us/Solutions/documents/visa-crypto.com-usdc-case-study.pdf<br><br> <br>Source: https://zkevm.cronos.org/bridge/<br><br>For example, Crypto.com signed Bitcoin transactions and messages according to the Bitcoin protocol: |

| Claim No. | Exemplary Evidence of Infringement |
| --- | --- |
| | <br><br>Source: https://contenthub-static.crypto.com/wp_media/2022/06/20220506_cryptodotcom_2_Public_Distributed-Crypto-Custody.pdf<br><br>**Multisig transactions in Bitcoin are done using a pay-to-script-hash (P2SH) address (address starting with 3).** P2SH allows Bitcoin to have the function of custom contracts, including multisignature logic (with the OP_CHECKMULTISIG operation). In a multisig transaction, one address can have **n** number of associated private keys, with a threshold of **m** number of these keys in order to spend the funds. This is referred to as an m-of-n multisig.<br>Source: https://contenthub-static.crypto.com/wp_media/2022/06/20220506_cryptodotcom_2_Public_Distributed-Crypto-Custody.pdf |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|




Source: https://contenthub-static.crypto.com/wp_media/2022/06/20220506_cryptodotcom_2_Public_Distributed-Crypto-Custody.pdf

> "**<u>Bitcoin signed messages have three parts, which are the Message, Address, and Signature</u>**. The message is the actual message text - all kinds of text is supported, but it is recommended to avoid using non-ASCII characters in the signature because they might be encoded in different character sets, preventing signature verification from succeeding.
>
> The address is a legacy, nested segwit, or native segwit address. Message signing from legacy addresses was added by Satoshi himself and therefore does not have a BIP … **<u>The Signature is a base64-encoded ECDSA signature</u>** that, when decoded, with fields described in the next section."

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | Source: https://en.bitcoin.it/wiki/Message_signing (emphasis added).<br><br>"Bitcoin is a decentralized digital currency that enables instant payments to anyone, anywhere in the world. Bitcoin uses peer-to-peer technology to operate with no central authority: transaction management and money issuance are carried out collectively by the network."<br><br>Source: Welcome to the Bitcoin Wiki, https://en.bitcoin.it/wiki/Main_Page.<br><br>The Accused Instrumentalities utilize a computer (*e.g.*, a digital wallet, a hot wallet, a cold wallet, a warm wallet, a hardware wallet, a hardware security module (HSM), or an embedded device) comprising one or more processors (*e.g.*, CPUs) to sign Bitcoin transactions. *See*, *e.g.*: |

| Claim No. | Exemplary Evidence of Infringement |
| --- | --- |
| | <br><br>Source: Bitcoin core, https://github.com/bitcoin/bitcoin<br><br>A Bitcoin **wallet** is a collection of private keys but may also refer to client software used to manage those keys and to make transactions on the Bitcoin network.<br><br>Source: https://en.bitcoin.it/wiki/Wallet |

| Claim No. | Exemplary Evidence of Infringement |
| --- | --- |
| | **Bitcoin Core**<br>The original Bitcoin client stores private key information in a file named **wallet.dat** following the so called "bitkeys" format.<br>The wallet.dat file contains your private keys, public keys, scripts (which correspond to addresses), key metadata (e.g. labels), and the transactions related to your wallet. If you have an HD wallet, it also includes the HD seed and the derivation paths for each private key.<br><br>Source: https://en.bitcoin.it/wiki/Wallet<br><br>**Connecting to a full node**<br>By default, most hardware wallets instruct the user to connect to the manufacturer's own web interface. The web page cannot steal the user's private keys but can spy on them or trick them into accept fake payments.<br>Hardware wallets only keep the private keys safe and create spending transactions; they cannot tell you if you have actually received coins and in what quantity. Bitcoin's security model also requires that full node wallets are used. If not, somebody could pay you with a transaction of something other than bitcoin. If bitcoin is digital gold then a full node wallet is your own personal goldsmith who checks that the incoming payments are actually real. Also the third-party wallet will see all your bitcoin addresses so this is very damaging to your privacy.<br><br>Source: https://en.bitcoin.it/wiki/Hardware_wallet<br><br>"Bitcoin is a decentralized digital currency that enables instant payments to anyone, anywhere in the world. Bitcoin uses **peer-to-peer technology** to operate with no central authority: transaction management and money issuance are carried out collectively by the network."<br><br>Source: Welcome to the Bitcoin Wiki, https://en.bitcoin.it/wiki/Main_Page. (Emphasis added)<br><br>**Algorithm for signing and verifying messages**<br>Below is a list of instructions for creating a BIP137-compliant message signing and verification algorithm.<br>It is not required, but you should strip trailing newlines from the message before signing it, because some clients cannot process messages that contain trailing newlines.<br>Below is a list of steps for signing and verifying a message, for each supported address type.<br><br>Source: https://en.bitcoin.it/wiki/Message_signing |

<table>
<tr><th>Claim No.</th><th>Exemplary Evidence of Infringement</th></tr>
<tr><td></td><td>

**Message signing method**

It takes the following parameters:

- The private key (PrivateKey)
- The public key (PublicKey) (optional, if performance is desired)
- The address (Address)
- The message (Message)

**ECDSA signing, with P2WPKH-P2SH compressed addresses**

1. Compute $z = SHA256(Message)$
2. Generate a cryptographically secure random nonce $k$ between $1$ and $n-1$. This can be implemented by generating four 64-bit random unsigned integers. If the resulting integer is out of range (e.g. it's $0$ or ≥ $n$), then discard the entire nonce and generate its entirety all over again. This is to avoid attacks on specific parts of the nonce.
3. Compute $(x,y) = G*k$
4. If $r \bmod n == 0$ or $(x,y) == Inf$, go back to step 3.
5. Compute $s = modinv(k, n) * (z + r * PrivateKey) \bmod n$. If $s == 0$, go back to step 3.
6. Compute the header byte. If $r < p-n$ and $is_even(y)$, set HeaderByte to 38. If $r < p-n$ and $is_odd(y)$, set HeaderByte to 35. If $r \geq p-n$ and $is_even(y)$, set HeaderByte to 36. If $r \geq p-n$ and $is_odd(y)$, set HeaderByte to 37.
7. Compute $Signature=Base64Encode(HeaderByte \,||\, r \,||\, s)$

Source: https://en.bitcoin.it/wiki/Message_signing

Similarly, Crypto.com signed Ethereum transactions and messages on the Ethereum blockchain.

</td></tr>
</table>

| Claim No. | Exemplary Evidence of Infringement |
|---|---|

**In Ethereum, multisig wallets are developed by using smart contracts,** in which complex logic is implemented. **Gnosis Safe is a popular multisig wallet in Ethereum with over US$72 billion total value stored in its smart contract.** Below are some notable representatives of Ethereum multisig wallets:

| Multisig Wallet | Features | Total Value Stored |
|---|---|---|
| ConsenSys | - The smart contract is simple and cleanly written.<br>- Not regularly maintained; passed to Gnosis Safe for further development. | N/A |
| Gnosis Safe | - Based on the ConsenSys multisig wallet, with many improvements and continued active development.<br>- Users manage their own funds via multiple devices; no third parties. | US$72 billion |

Source: https://contenthub-static.crypto.com/wp_media/2022/06/20220506_cryptodotcom_2_Public_Distributed-Crypto-Custody.pdf

For example, during signature generation, a cryptographic operation (*e.g.*, associated with `secp256k1_scalar_mul`) is performed, the function `secp256k1_scalar_mul` is invoked by the cryptographic apparatus (*e.g.*, a processor), and a Montgomery-style reduction is performed. *See* claim 1[a]-1[c], *infra*; *see also*, *e.g.*:

```
static int secp256k1_ecdsa_sig_recover(const secp256k1_scalar *sigr, constsecp256k1_scalar* sigs,
  secp256k1_ge *pubkey, const secp256k1_scalar *message, int recid)
{
    ...;
    secp256k1_scalar_mul(&u2, &rn, sigs);
    ...;
    secp256k1_scalar_mul(&u2, &rn, sigs);
...;
}
```

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | Source: src/secp256k1/src/modules/recovery/main_impl.h<br>`static int secp256k1_ecdsa_sig_sign(const secp256k1_ecmult_gen_context *ctx,`<br>`secp256k1_scalar *sigr,`<br>`  secp256k1_scalar *sigs, const secp256k1_scalar *seckey, const secp256k1_scalar *message,`<br>`  const secp256k1_scalar *nonce, int *recid)`<br>`{`<br>`    ...;`<br>`    secp256k1_scalar_mul(&n, sigr, seckey);`<br>`    ...;`<br>`    secp256k1_scalar_mul(sigs, sigs, &n);`<br>`    ...;`<br>`}`<br><br>Source: src/secp256k1/src/ecdsa_impl.h<br>`/** Set a scalar to an unsigned integer. */`<br>`static void secp256k1_scalar_set_int(secp256k1_scalar *r, unsigned int v);`<br><br>Source: src/secp256k1/src/scalar.h<br>`/* Limbs of the secp256k1 order. */`<br>`#define SECP256K1_N_0 ((uint64_t)0xBFD25E8CD0364141ULL)`<br>`#define SECP256K1_N_1 ((uint64_t)0xBAAEDCE6AF48A03BULL)`<br>`#define SECP256K1_N_2 ((uint64_t)0xFFFFFFFFFFFFFFFEULL)`<br>`#define SECP256K1_N_3 ((uint64_t)0xFFFFFFFFFFFFFFFFULL)`<br><br>`/* Limbs of 2^256 minus the secp256k1 order. */`<br>`#define SECP256K1_N_C_0 (~SECP256K1_N_0 + 1)`<br>`#define SECP256K1_N_C_1 (~SECP256K1_N_1)`<br>`#define SECP256K1_N_C_2 (1)`<br><br>`SECP256K1_INLINE static void secp256k1_scalar_set_int(secp256k1_scalar *r, unsigned int v) {`<br>`    r->d[0] = v;`<br>`    r->d[1] = 0;`<br>`    r->d[2] = 0;`<br>`    r->d[3] = 0;`<br>`    ...;`<br>`}`<br>`static void secp256k1_scalar_mul(secp256k1_scalar *r, const secp256k1_scalar *a, const`<br>`secp256k1_scalar *b) {` |

<table>
<tr><th>Claim No.</th><th>Exemplary Evidence of Infringement</th></tr>
<tr><td></td><td>
<pre><code>    uint64_t l[8];
    ...;
    secp256k1_scalar_mul_512(l, a, b);
    secp256k1_scalar_reduce_512(r, l);
    ...;
}
</code></pre>
Source: src/secp256k1/src/scalar_4x64_impl.h (see also code in “scalar_8x32_impl.h”)
<pre><code>SECP256K1_INLINE static int secp256k1_scalar_reduce_512(secp256k1_scalar *r, const uint64_t
*l) {
    secp256k1_uint128 c128;
    ...;
    uint64_t n0 = l[4], n1 = l[5], n2 = l[6], n3 = l[7];
    ...;
    /* Reduce 512 bits into 385. */
    /* m[0..6] = l[0..3] + n[0..3] * SECP256K1_N_C. */
    ...;
    /* Reduce 385 bits into 258. */
    /* p[0..4] = m[0..3] + m[4..6] * SECP256K1_N_C. */
    ...;
    /* Reduce 258 bits into 256. */
    /* r[0..3] = p[0..3] + p[4] * SECP256K1_N_C. */
    secp256k1_u128_from_u64(&c128, p0);
    secp256k1_u128_accum_mul(&c128, SECP256K1_N_C_0, p4);
    r->d[0] = secp256k1_u128_to_u64(&c128); ...;
    r->d[1] = secp256k1_u128_to_u64(&c128); ...;
    r->d[2] = secp256k1_u128_to_u64(&c128); ...;
    r->d[3] = secp256k1_u128_to_u64(&c128); ...;
}
</code></pre>
Source: src/secp256k1/src/scalar_4x64_impl.h (see also code in “scalar_8x32_impl.h”)<br><br>
In the alternative, if this element is not met literally, then it is met under the doctrine of equivalents because reduction operations performed by, for example, main_impl.h, ecdsa_impl.h, scalar.h, and scalar_4x64_impl.h, supra, perform substantially the same function, in substantially the same way, to achieve substantially the same result.
</td></tr>
<tr><td>[1a] obtaining an</td><td>Crypto.com, through the Accused Instrumentalities, obtains an operand for the cryptographic operation.</td></tr>
</table>

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| operand for the cryptographic operation; | For example, the Accused Instrumentalities obtain an operand: *e.g.*, operand `l` is 8 machine words, reduced operand `r` is 4 machine words. The operand is for the cryptographic operation (e.g., associated with `secp256k1_scalar_mul`). *See*, *e.g.*:<br><br>`/** Set a scalar to an unsigned integer. */`<br>`static void secp256k1_scalar_set_int(secp256k1_scalar *r, unsigned int v);`<br><br>Source: src/secp256k1/src/scalar.h<br><br>`/* Limbs of the secp256k1 order. */`<br>`#define SECP256K1_N_0 ((uint64_t)0xBFD25E8CD0364141ULL)`<br>`#define SECP256K1_N_1 ((uint64_t)0xBAAEDCE6AF48A03BULL)`<br>`#define SECP256K1_N_2 ((uint64_t)0xFFFFFFFFFFFFFFFEULL)`<br>`#define SECP256K1_N_3 ((uint64_t)0xFFFFFFFFFFFFFFFFULL)`<br><br>`/* Limbs of 2^256 minus the secp256k1 order. */`<br>`#define SECP256K1_N_C_0 (~SECP256K1_N_0 + 1)`<br>`#define SECP256K1_N_C_1 (~SECP256K1_N_1)`<br>`#define SECP256K1_N_C_2 (1)`<br><br>`SECP256K1_INLINE static void secp256k1_scalar_set_int(secp256k1_scalar *r, unsigned int v) {`<br>`    r->d[0] = v;`<br>`    r->d[1] = 0;`<br>`    r->d[2] = 0;`<br>`    r->d[3] = 0;`<br>`    ...;`<br>`}`<br>`static void secp256k1_scalar_mul(secp256k1_scalar *r, const secp256k1_scalar *a, const secp256k1_scalar *b) {`<br>`    uint64_t l[8];`<br>`    ...;`<br>`    secp256k1_scalar_mul_512(l, a, b);`<br>`    secp256k1_scalar_reduce_512(r, l);`<br>`    ...;`<br>`}`<br><br>Source: src/secp256k1/src/scalar_4x64_impl.h (*see also* code in "scalar_8x32_impl.h") |

<table>
<tr><th>Claim No.</th><th>Exemplary Evidence of Infringement</th></tr>
<tr><td></td><td>
For example, operand <code>l</code> is reduced (in connection with a cryptographic operation) until it fits in p[0..4], which is further reduced into <code>r</code>. See, e.g.:
<pre>
SECP256K1_INLINE static int secp256k1_scalar_reduce_512(secp256k1_scalar *r, const uint64_t
*l) {
    secp256k1_uint128 c128;
    ...;
    uint64_t n0 = l[4], n1 = l[5], n2 = l[6], n3 = l[7];
    ...;
    /* Reduce 512 bits into 385. */
    /* m[0..6] = l[0..3] + n[0..3] * SECP256K1_N_C. */
    ...;
    /* Reduce 385 bits into 258. */
    /* p[0..4] = m[0..3] + m[4..6] * SECP256K1_N_C. */
    ...;
    /* Reduce 258 bits into 256. */
    /* r[0..3] = p[0..3] + p[4] * SECP256K1_N_C. */
    secp256k1_u128_from_u64(&c128, p0);
    secp256k1_u128_accum_mul(&c128, SECP256K1_N_C_0, p4);
    r->d[0] = secp256k1_u128_to_u64(&c128); ...;
    r->d[1] = secp256k1_u128_to_u64(&c128); ...;
    r->d[2] = secp256k1_u128_to_u64(&c128); ...;
    r->d[3] = secp256k1_u128_to_u64(&c128); ...;
}
</pre>
Source: src/secp256k1/src/scalar_4x64_impl.h (see also code in “scalar_8x32_impl.h”)
In the alternative, if this element is not met literally, then it is met under the doctrine of equivalents because reduction operations performed by, for example, main_impl.h, ecdsa_impl.h, scalar.h, and scalar_4x64_impl.h, supra, perform substantially the same function, in substantially the same way, to achieve substantially the same result.
</td></tr>
<tr><td>[1b] computing a modified operand using a reduction value, instead of a modulus used in</td><td>
Crypto.com, through the Accused Instrumentalities, computes a modified operand using a reduction value, instead of a modulus used in performing a standard Montgomery reduction, to perform a replacement of a least significant word of the operand, rather than perform a cancellation thereof, the reduction value being a function of the modulus.
For example, the Accused Instrumentalities compute a modified operand (e.g., compute a value “<code>r</code>”) using a reduction value (e.g., a value <code>SECP256K1_N_C_0</code>), instead of a modulus used in performing a standard Montgomery reduction, to perform a replacement of a least significant word of the operand (e.g., to perform a replacement of a least significant word of a scalar or integer, such as of <code>d[0]</code>), rather than perform a cancellation thereof, the
</td></tr>
</table>

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| performing a standard Montgomery reduction, to perform a replacement of a least significant word of the operand, rather than perform a cancellation thereof, the reduction value being a function of the modulus; and | **reduction value being a function of the modulus** (*e.g.*, being a function of the a modulus, such as the curve order, *e.g.*, secp256k1 order). *See*, *e.g.*:<br>`/** Set a scalar to an unsigned integer. */`<br>`static void secp256k1_scalar_set_int(secp256k1_scalar *r, unsigned int v);`<br><br>Source: src/secp256k1/src/scalar.h<br><br>`/* Limbs of the secp256k1 order. */`<br>`#define SECP256K1_N_0 ((uint64_t)0xBFD25E8CD0364141ULL)`<br>`#define SECP256K1_N_1 ((uint64_t)0xBAAEDCE6AF48A03BULL)`<br>`#define SECP256K1_N_2 ((uint64_t)0xFFFFFFFFFFFFFFFEULL)`<br>`#define SECP256K1_N_3 ((uint64_t)0xFFFFFFFFFFFFFFFFULL)`<br><br>`/* Limbs of 2^256 minus the secp256k1 order. */`<br>`#define SECP256K1_N_C_0 (~SECP256K1_N_0 + 1)`<br>`#define SECP256K1_N_C_1 (~SECP256K1_N_1)`<br>`#define SECP256K1_N_C_2 (1)`<br><br>`SECP256K1_INLINE static void secp256k1_scalar_set_int(secp256k1_scalar *r, unsigned int v) {`<br>`    r->d[0] = v;`<br>`    r->d[1] = 0;`<br>`    r->d[2] = 0;`<br>`    r->d[3] = 0;`<br>`    ...;`<br>`}`<br>`static void secp256k1_scalar_mul(secp256k1_scalar *r, const secp256k1_scalar *a, const secp256k1_scalar *b) {`<br>`    uint64_t l[8];`<br>`    ...;`<br>`    secp256k1_scalar_mul_512(l, a, b);`<br>`    secp256k1_scalar_reduce_512(r, l);`<br>`    ...;`<br>`}`<br><br>Source: src/secp256k1/src/scalar_4x64_impl.h (*see also* code in "scalar_8x32_impl.h")<br><br>`SECP256K1_INLINE static int secp256k1_scalar_reduce_512(secp256k1_scalar *r, const uint64_t *l) {`<br>`    secp256k1_uint128 c128;` |

<table>
<tr><th>Claim No.</th><th>Exemplary Evidence of Infringement</th></tr>
<tr><td></td><td>

```
    ...;
    uint64_t n0 = l[4], n1 = l[5], n2 = l[6], n3 = l[7];
    ...;
    /* Reduce 512 bits into 385. */
    /* m[0..6] = l[0..3] + n[0..3] * SECP256K1_N_C. */
    ...;
    /* Reduce 385 bits into 258. */
    /* p[0..4] = m[0..3] + m[4..6] * SECP256K1_N_C. */
    ...;
    /* Reduce 258 bits into 256. */
    /* r[0..3] = p[0..3] + p[4] * SECP256K1_N_C. */
    secp256k1_u128_from_u64(&c128, p0);
    secp256k1_u128_accum_mul(&c128, SECP256K1_N_C_0, p4);
    r->d[0] = secp256k1_u128_to_u64(&c128); ...;
    r->d[1] = secp256k1_u128_to_u64(&c128); ...;
    r->d[2] = secp256k1_u128_to_u64(&c128); ...;
    r->d[3] = secp256k1_u128_to_u64(&c128); ...;
}
```

Source: src/secp256k1/src/scalar_4x64_impl.h (*see also* code in “scalar_8x32_impl.h”)

In the alternative, if this element is not met literally, then it is met under the doctrine of equivalents because reduction operations performed by, for example, main_impl.h, ecdsa_impl.h, scalar.h, and scalar_4x64_impl.h, *supra*, perform substantially the same function, in substantially the same way, to achieve substantially the same result.</td></tr>
<tr><td>**[1c]** outputting the modified operand.</td><td>Crypto.com, through the Accused Instrumentalities, outputs the modified operand.

For example, the Accused Instrumentalities output the modified operand (e.g., the value “r”).

```
/** Set a scalar to an unsigned integer. */
static void secp256k1_scalar_set_int(secp256k1_scalar *r, unsigned int v);
```

Source: src/secp256k1/src/scalar.h

```
/* Limbs of the secp256k1 order. */
#define SECP256K1_N_0 ((uint64_t)0xBFD25E8CD0364141ULL)
#define SECP256K1_N_1 ((uint64_t)0xBAAEDCE6AF48A03BULL)
#define SECP256K1_N_2 ((uint64_t)0xFFFFFFFFFFFFFFFEULL)
#define SECP256K1_N_3 ((uint64_t)0xFFFFFFFFFFFFFFFFULL)
```
</td></tr>
</table>

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | <pre>/* Limbs of 2^256 minus the secp256k1 order. */<br>#define SECP256K1_N_C_0 (~SECP256K1_N_0 + 1)<br>#define SECP256K1_N_C_1 (~SECP256K1_N_1)<br>#define SECP256K1_N_C_2 (1)<br><br>SECP256K1_INLINE static void secp256k1_scalar_set_int(secp256k1_scalar *r, unsigned int v) {<br>    r->d[0] = v;<br>    r->d[1] = 0;<br>    r->d[2] = 0;<br>    r->d[3] = 0;<br>    ...;<br>}<br>static void secp256k1_scalar_mul(secp256k1_scalar *r, const secp256k1_scalar *a, const secp256k1_scalar *b) {<br>    uint64_t l[8];<br>    ...;<br>    secp256k1_scalar_mul_512(l, a, b);<br>    secp256k1_scalar_reduce_512(r, l);<br>    ...;<br>}</pre><br>Source: src/secp256k1/src/scalar_4x64_impl.h (*see also* code in "scalar_8x32_impl.h")<br><pre>SECP256K1_INLINE static int secp256k1_scalar_reduce_512(secp256k1_scalar *r, const uint64_t *l) {<br>    secp256k1_uint128 c128;<br>    ...;<br>    uint64_t n0 = l[4], n1 = l[5], n2 = l[6], n3 = l[7];<br>    ...;<br>    /* Reduce 512 bits into 385. */<br>    /* m[0..6] = l[0..3] + n[0..3] * SECP256K1_N_C. */<br>    ...;<br>    /* Reduce 385 bits into 258. */<br>    /* p[0..4] = m[0..3] + m[4..6] * SECP256K1_N_C. */<br>    ...;<br>    /* Reduce 258 bits into 256. */<br>    /* r[0..3] = p[0..3] + p[4] * SECP256K1_N_C. */<br>    secp256k1_u128_from_u64(&c128, p0);<br>    secp256k1_u128_accum_mul(&c128, SECP256K1_N_C_0, p4);<br>    r->d[0] = secp256k1_u128_to_u64(&c128); ...;<br>    r->d[1] = secp256k1_u128_to_u64(&c128); ...;<br>    r->d[2] = secp256k1_u128_to_u64(&c128); ...;<br>    r->d[3] = secp256k1_u128_to_u64(&c128); ...;</pre> |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | `}`<br><br>Source: src/secp256k1/src/scalar_4x64_impl.h (*see also* code in “scalar_8x32_impl.h”)<br><br>In the alternative, if this element is not met literally, then it is met under the doctrine of equivalents because reduction operations performed by, for example, main_impl.h, ecdsa_impl.h, scalar.h, and scalar_4x64_impl.h, *supra*, perform substantially the same function, in substantially the same way, to achieve substantially the same result. |

## I. Appendix

| **Accused Instrumentalities** |
| --- |
| Crypto.com app, Crypto.com Exchange, Crypto.com on-chain wallet, Crypto.com stablecoin settlements, Crypto.com Cronos POS Chain, Crypto.com Cronos EVM, Crypto.com Cronos zkEVM Bridge. |
| Transferring cryptocurrencies and stablecoins over a blockchain network (e.g., ETH, CRO, LTC, XRP, EOS, LINK, USDT, USDC, TUSD, etc.). |
| Sending cryptocurrency and stablecoin messages and/or transactions (e.g., ETH, CRO, LTC, XRP, EOS, LINK, USDT, USDC, TUSD, etc.). |
| Signing cryptocurrency and stablecoin messages and/or transactions (e.g., ETH, CRO, LTC, XRP, EOS, LINK, USDT, USDC, TUSD, etc.). |
| Devices and software configured to sign or send cryptocurrency messages and/or transactions, including computers, mining machines, nodes, applications, programs, wallets, and their respective associated processors (*e.g.*, a digital wallet, a hot wallet, a cold wallet, a warm wallet, a hardware wallet, a hardware security module (HSM), or an embedded device). |
| Devices and software configured to send, transfer, transmit, or spend cryptocurrencies, including computers, mining machines, Bitcoin nodes, applications, programs, wallets, and their respective associated processors (*e.g.*, a digital wallet, a hot wallet, a cold wallet, a warm wallet, a hardware wallet, a hardware security module (HSM), or an embedded device). |